January 5, 1971.

M. P. No. 961. DANIEL MARZILLI *v.* ANTHONY A. GIORGIO, *Sheriff of Kent County.* Motion of petitioner for stay of trial is denied. Roberts, C.J., and Paolino, J., not participating. *Dennis J. Roberts, II, Andrew A. Bucci, Harold I. Kessler, Carmine A. Rao,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *Edward F. Burke,* for respondent.

January 12, 1971.

M. P. No. 1167. NICHOLAS A. PALMIGIANO *v.* FRANCIS A. HOWARD. Petition for writ of habeas corpus denied. *Hayden C. Covington,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1213. WILMA JONES *et al. v.* BEVERLY ACIZ *et al.* Motion of John A. DeSano to withdraw as counsel for plaintiffs is granted. *Rhode Island Legal Services, Inc., James L. O'Neill,* for defendants.